**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 99-7210**

_____

In Re: STEVE ALLEN STEELMAN,

Petitioner.

_____

On Petition for Writ of Mandamus.
(CA-97-107-5-V, CR-94-11-5-V)

_____

Submitted:  January 25, 2000        Decided:  February 8, 2000

_____

Before WIDENER, MOTZ, and KING, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Steve Allen Steelman, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steve Allen Steelman has filed a petition for writ of mandamus in this Court to compel the district court to enter a final order in his 28 U.S.C. § 2255 action, which he filed in the district court in August 1997. We deny Steelman's request without prejudice to his refiling a request for mandamus relief from this Court should the district court not act within a reasonable time from this opinion.

Mandamus is a drastic remedy to be used only in extraordinary circumstances, see Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976), and Steelman carries the heavy burden of establishing that he has no other adequate means to attain relief and that his entitlement to such relief is clear and indisputable. See Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980).

We have reviewed the district court's docket report in this case and conclude that after an inordinately lengthy delay in its consideration of Steelman's case, the court has resumed active consideration of it. Therefore, it appears that a decision from the court is forthcoming, and Steelman's entitlement to mandamus relief is not at this point clear and indisputable. We therefore deny Steelman's petition without prejudice to his refiling should the court not issue a decision within a reasonable time. We grant his motion to proceed in forma pauperis in this Court. We dispense with oral argument because the facts and legal contentions are

2

adequately presented in the materials before the Court and argument would not aid the decisional process.

<u>PETITION DENIED</u>